IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>v.<br><br>$980,050.00 IN UNITED STATES CURRENCY.<br><br>       Defendant. | **No. 23-cv-363** |

## MOTION FOR PRO HAC VICE ADMISSION

NOW COMES, Haytham Faraj counsel for Claimant, Ahmed Al-Rumaihi, and moves for *pro hac vice* admission in this Court for the above-captioned matter. In support thereof, counsel states the following under the penalty of perjury:

1) I, Haytham Faraj am admitted to practice law and am in good standing to practice law in California, Illinois, Michigan, Iowa and the District of Columbia. I am the principal attorney and owner of The Law Offices of Haytham Faraj, located at 1935 W. Belmont Ave, Chicago, IL 60657 and 8606 Santa Monica Blvd., Suite 44953, West Hollywood, CA 90069; Phone number (312) 635-0800 or 818-925-4060; email address: haytham@farajlaw.com.

2) I have been admitted to the following Courts and Bar Associations:

- **STATE COURTS:**
    - **State Bar of California:** October 31, 2013 [Bar No. 291416]
    - **State Bar of Illinois:** November 10, 2005 [Bar No. 6286135]
    - **State Bar of Michigan:** April 22, 2009 [Bar No. P72581]
    - **District of Columbia Bar:** November 6, 2009 [Bar No. MI0044]
    - **State Bar of Iowa:** December 4, 2018 [Bar No. 109372
- **U.S. DISTRICT COURTS:**

- **U.S. District Court for the Northern District of Illinois:** March 13, 2008;
- **U.S. District Court for the Southern District of Illinois:** May 9, 2012;
- **U.S. District Court for the Central District of Illinois:** November 5, 2013;
- **U.S. District Court for the Eastern District of Michigan:** December 2, 2008;
- **U.S. District Court for the Western District of Michigan:** April 27, 2015;
- **U.S. District Court for the District of Columbia:** November 9, 2009;
- **U.S. District Court for the District of Colorado:** October 16, 2013;
- **U.S. District Court for the Northern District of Indiana:** August 26, 2013;
- **U.S. District Court for the Southern District of California:** December 10, 2015;
- **U.S. District Court for the Central District of California:** December 11, 2015;
- **U.S. District Court for the Northern District of Iowa:** August 24, 2020;
- **U.S. District Court for the Eastern District of California:** July 8, 2021.

- **U.S. APPELLATE COURTS:**

  - **U.S. Court of Appeals for the Sixth Circuit:** February 29, 2012
  - **U.S. Court of Appeals District of Columbia Circuit:** June 13, 2013
  - **Court of Appeals for the Armed Forces:** December 1, 2010

3.) I do not have any pending disciplinary proceedings nor any past public sanctions.

4.) I have been representing Claimant since July 2021 in connection with the seized funds.

5.) As an officer of the United States District Court for the District of Nebraska I will demean myself faithfully, uprightly, and according to law; and I will support, uphold, and defend the Constitution of the United States of America.

Respectfully Submitted by,

/s/ *Haytham Faraj*
Haytham Faraj
The Law Offices of Haytham Faraj, PLLC
1935 W. Belmont Avenue
Chicago, IL 60657
312-635-0800
haytham@farajlaw.com

## CERTIFICATE OF SERVICE

I certify that on September 7, 2023, I electronically filed this document with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filings to attorney(s) of record.

[] By Facsimile
[x] By E-File
[] By U. S. Mail – postage prepaid
[] By Hand Delivery
[] By Overnight Courier

\s\ Haytham Faraj



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

# Haytham Faraj

was duly qualified and admitted on November 6, 2009 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on September 06, 2023.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*