IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>$980,050.00 UNITED STATES CURRENCY,<br><br>              Defendant. | Civil No. 8:23CV363 |

## AHMED ALRUMAIHI'S VERIFIED CLAIM

NOW COMES, Ahmed Alrumaihi, by and through undersigned counsel, and pursuant to Rule G submits the attached Verified Claim:

**THE LAW OFFICES OF HAYTHAM FARAJ**

/s/ *Matthew Amarin*
Matthew Amarin, Esq.  (*admitted pro hac vice*)
**The Law Offices of Haytham Faraj**
1935 W Belmont Ave.
Chicago, IL 60657
Tel: (312) 635-0800
Matthew@farajlaw.com

## CERTIFICATE OF SERVICE

I, Matthew Amarin, hereby certify that on September 19, 2023, I filed and served the forgoing document via electronic mail and the ECF system to:

Kimberly C. Bunjer at kim.bunjer@usdoj.gov

/s/ *Matthew Amarin*

# U.S. CUSTOMS AND BORDER PROTECTION
# CAFRA SEIZED ASSET CLAIM FORM

Name: __Ahmed Al-Rumaihi__

Address: __c/o Law Offices of Haytham Faraj__
__1935 W. Belmont Avenue__
__Chicago, IL 60657__

Case Number: __20213512000008401__

Telephone No: ( __312__ ) __635 1085__

**IMPORTANT:** BE SURE TO COMPLETE ALL PARTS BELOW. THIS CLAIM FORM MUST BE SIGNED BY THE CLAIMANT HIS OR HER SELF, **NOT** BY THE ATTORNEY OR OTHER REPRESENTATIVE ACTING ON BEHALF OF THE CLAIMANT.

As authorized by 18 U.S.C. § 983(a)(2)(A), I request that the Government file a complaint for forfeiture on the seized property described below:

## PART I

List all the items in which you claim an interest. Include sufficient information to identify the items, such as serial numbers, make and model numbers, photographs, and so forth. Attach additional sheets of paper if more space is needed.

$985,000 Cash

## PART II

State your interest in each item of property listed above. Attach additional sheets of paper if more space is needed.

Mr. Al-Rumaihi is the owner of the seized cash. It was based on an investment that was cashed out.

## PART III (ATTESTATION AND OATH)

I attest under penalty of perjury that the information provided in support of my claim is true to the best of my knowledge and belief.

__Ahmed Al-Rumaihi__
Name (Print)

_[signature]_
Signature

Date __5/18/23__

A FALSE STATEMENT OR CLAIM MAY SUBJECT A PERSON TO PROSECUTION UNDER 18 U.S.C. § 1001 AND/OR § 1621 AND IS PUNISHABLE BY A FINE AND UP TO FIVE YEARS IMPRISONMENT.

(ATT 8-H: Revised November 2014)