IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>$980,050.00 IN UNITED STATES CURRENCY,<br><br>            Defendant,<br>and<br><br>AHMED ALRUMAIHI,<br><br>            Claimant. | 8:23CV363<br><br>**RECEIPT** |

      COMES NOW Matthew Amarin, attorney for Ahmed Alrumaihi, Claimant herein, and hereby acknowledges receipt of $750,000.00 from the U.S. Customs and Border Protection paid to the Law Offices of Haytham Faraj Trust Account.

      DATED this 11th day of April, 2024.

                                                      $980,050.00 IN UNITED STATES CURRENCY, Defendant;

                                                      AHMED ALRUMAIHI, Claimant,

                                                      /s/ M. Amarin
                                                      Matthew Amarin, Esq.
                                                      The Law Offices of Haytham Faraj
                                                      1935 W Belmont Ave.
                                                      Chicago, IL 60657 Tel: (312) 635-0800
                                                      Matthew@farajlaw.com