IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>$980,050.00 UNITED STATES CURRENCY,<br><br>Defendant. | 8:23CV363<br><br>ORDER |

This matter is before the Court on the Parties' Joint Stipulation for Dismissal (Filing No. 31). The Court finds that this matter should be dismissed.

**IT IS ORDERED** that, pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff's cause of action against Defendant/Claimant is dismissed in its entirety.

$750,000.00 of the $980,050.00 Defendant property has been returned to Claimant, Ahmed Alrumaihi, as evidenced by the Receipt signed by Claimant (Filing No. 28). The remaining Defendant property, viz., $230,050.00, shall be forfeited to the United States and shall be disposed of administratively by the U.S. Customs and Border Protection. The parties are responsible for their own costs and attorney fees.

Dated this 17th day of April, 2024.

BY THE COURT:

s/ Susan M. Bazis
United States District Judge